# PHOENIX FRESH START BANKRUPTCY

**ATTORNEYS AT LAW**
**4602 E Thomas Road, Suite S-9**
**Phoenix Arizona 85018**
**602-598-5075,**

### Post- Petition Chapter 7 Retainer Agreement

### DO NOT SIGN THIS AGREEMENT UNLESS YOU ALREADY HAVE
### A BANKRUPTCY CASE NUMBER.

The undersigned previously retained Phoenix Fresh Start Bankruptcy, for the limited purpose of filing a Chapter 7 Bankruptcy Petition, Case Number   26-bk-04642        I understand that Phoenix Fresh Start Bankruptcy has no further obligation to me nor do I have any further obligations to it.

I understand that I am under no obligation to sign this Agreement or pay any additional fees to Phoenix Fresh Start Bankruptcy. The agreed fee set forth in this Agreement is separate and distinct from the fee for work already performed by Phoenix Fresh Start Bankruptcy which consisted of filing my petition.

I further understand that there is additional work which needs to be done in order for me to avoid dismissal of my case and in order for me to meet the requirements for obtaining a discharge. Additional work required consists of meeting with my attorney, filing required documents with the court, providing copies of documents to my trustee, attending my 341 meeting of creditors, and completing reaffirmation agreements when requested, case monitoring and case administration.

My execution of this agreement confirms that I wish to retain Phoenix Fresh Start Bankruptcy to complete the additional work and I agree to pay legal fees totaling **$2,100** for said services, payable as follows:

**Your payments will start in the month of** JUNE_____

| | |
|---|---|
| $175 on or before: 8TH | $175 on or before: 8TH |
| $175 on or before: 8TH | $175 on or before: 8TH |
| $175 on or before: 8TH | $175 on or before: 8TH |
| $175 on or before: 8TH | $175 on or before: 8TH |
| $175 on or before: 8TH | $175 on or before: 8TH |
| $175 on or before: 8TH | $175 on or before: 8TH |

Please complete the attached form so we may set up the reoccurring payment schedule.

By signing this Agreement, I understand that the fees only include legal services state above. I also understand that this fee DOES NOT INCLUDE any representation in any adversary proceeding filed against me, representing my interests at a 2004 examination or any state court proceedings.

I acknowledge that I am signing this agreement to pay said fees in consideration for receiving legal representation from Phoenix Fresh Start Bankruptcy and that the undersigned understands that if any of the said fees owed on the pre-petition retainer agreement have not been paid at the time said Bankruptcy case was filed, that these unpaid fees are now uncollectible and will be discharged upon the successful completion of said Bankruptcy Case.  The undersigned acknowledges that the fees agreed to in this Post-Petition Agreement are considered post-petition fees for post-petition services and therefore they are not dischargeable in said Chapter 7 bankruptcy case.

_____
Phoenix Fresh Start Bankruptcy
A Debt Relief Agency

AGREED TO: _____

CRAIG A AMENDT

05 / 19 / 2026

1

Doc ID: e83c61ec102b38b4278ffe36cdb5e93150415fe2

# PHOENIX FRESH START BANKRUPTCY

**ATTORNEYS AT LAW**
**4602 E Thomas Road, Suite S-9**
**Phoenix Arizona 85018**
**602-598-5075,**

## Recurring Payment Authorization Form

Schedule your payment to be automatically deducted from your bank account. Just complete and sign this form to get started!

**Recurring Payments Will Make Your Life Easier:**
- It's convenient (saving you time and postage)
- Your payment is always on time (even if you're out of town), eliminating late charges

**Here's How Recurring Payments Work:**
You authorize regularly scheduled charges to your checking/savings account. You will be charged the amount indicated below each billing period. The charge will appear on your bank statement as an "ACH Debit."
You agree that no prior-notification will be provided.

---

**Please complete the information below:**

**Printed Name:**  CRAIG A AMENDT

**Case Number:**  26-bk-04642

**Debit Card**

Card Number: 4828 - 2100 - 5927 - 6136

Exp Date: 03/30

Security Code: 007

Billing Zip: 85303

**SIGNATURE** _Craig Amendt_

**DATE** 05 / 19 / 2026

I understand that this authorization will remain in effect until I cancel it in writing, and I agree to notify Phoenix Fresh Start Bankruptcy. in writing of any changes in my account information or termination of this authorization at least 15 days prior to the next billing date. **In the event I terminate these payments Phoenix Fresh Start Bankruptcy, may elect to withdraw from my bankruptcy case and cease all work on my case.** If the above noted payment dates fall on a weekend or holiday, I understand that the payments may be executed on the next business day. I certify that I am an authorized user of this bank account and will not dispute these scheduled transactions with my bank; so long as the transactions correspond to the terms indicated in this authorization form.

Doc ID: e83c61ec102b38b4278ffe36cdb5e93150415fe2


| | |
|---|---|
| **Title** | 12 X $175 SINGLE Post Petition Chapter 7 Agreement-AMENDT |
| **File name** | 12_X__175_SINGLE_TEMPLATE.pdf |
| **Document ID** | e83c61ec102b38b4278ffe36cdb5e93150415fe2 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| **SENT** | **05 / 12 / 2026**<br>13:27:52 UTC-4 | Sent for signature to CRAIG A AMENDT (bunnyamendt@gmail.com) by integrations@hellosign.com acting on behalf of david@cutlerltd.com<br>IP: 207.229.136.72 |
| **VIEWED** | **05 / 12 / 2026**<br>13:28:18 UTC-4 | Viewed by CRAIG A AMENDT (bunnyamendt@gmail.com)<br>IP: 208.185.65.82 |
| **SIGNED** | **05 / 19 / 2026**<br>13:37:09 UTC-4 | Signed by CRAIG A AMENDT (bunnyamendt@gmail.com)<br>IP: 208.185.65.82 |
| **COMPLETED** | **05 / 19 / 2026**<br>13:37:09 UTC-4 | The document has been completed. |